IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHELE WILKINSON, et al.,            :

        Plaintiffs,

                              :

      vs.            Case No.  3:11cv247

                              :

GREATER DAYTON REGIONAL            JUDGE WALTER HERBERT RICE
TRANSIT AUTHORITY, et al.,            :

        Defendants.

=========================================================

DECISION AND ENTRY OVERRULING PLAINTIFFS' MOTION
FOR TEMPORARY RESTRAINING ORDER

=========================================================

Pursuant to the reasoning and citations of authority set forth by the Court, upon

the record, during an oral hearing on the Plaintiffs' Motion for Temporary Restraining

Order (Doc. #60) held on Thursday, September 6, 2012, said Motion is deemed to be

not well taken and same is, therefore, overruled in its entirety.

                                           _____

September 11, 2012            WALTER HERBERT RICE
                                UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record