IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELE WILKINSON, *et al.*,        :

    Plaintiffs,        :        Case No. 3:11cv00247

vs.        :        District Judge Walter Herbert Rice
                                                                     Magistrate Judge Sharon L. Ovington

GREATER DAYTON REGIONAL        :
TRANSIT AUTHORITY, *et al.*,
                                             :

    Defendants.
                                             :

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #75), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

    1.    The Report and Recommendations filed on November 21, 2012 (Doc. #75) is ADOPTED in full;

    2.    Defendants' Motion for Judgment on the Pleadings (Doc. #24) is GRANTED, in part, and Plaintiffs' FMLA claims against Defendant McEntarfer are DISMISSED;

    3.    Defendants' Motion for Judgment on the Pleadings (Doc. #24) is otherwise DENIED; and

    4.    Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. #51) is

GRANTED, and Plaintiffs are directed to file their Second Amended Complaint within ten days of this Decision and Entry.

*[signature]*

Walter Herbert Rice
United States District Judge