IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHELE WILKINSON, et al.,

    Plaintiffs,

v.

GREATER DAYTON REGIONAL
TRANSIT AUTHORITY, et al.,

    Defendants.

:
:
:
:
:

Case No. 3:11-cv-247

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #112);
OVERRULING PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS BRIAN
GRAY AND ROCQUEL MITCHELL AS NAMED PLAINTIFFS/PUTATIVE
CLASS REPRESENTATIVES (DOC. #92), AND DEFENDANTS'
REQUEST FOR ATTORNEY FEES AND COSTS

---

On November 19, 2013, Chief Magistrate Judge Sharon Ovington issued a Report and Recommendations, Doc. #112, recommending that Plaintiffs' Motion to Dismiss Plaintiffs Brian Gray and Rocquel Mitchell as Named Plaintiffs/Putative Class Representatives, Doc. #92, be denied, along with Defendants' accompanying request for attorney fees and costs. Although the parties were notified of their right to file objections to the Report and Recommendations, and of the consequences of failing to do so, no objections have been filed within the time allotted.

Based on the reasoning and citations of authority set forth by Magistrate Judge Ovington in her Report and Recommendations, as well as upon a thorough

*de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing, Doc. #112, in its entirety. Accordingly, Plaintiffs' Motion to Dismiss Plaintiffs Brian Gray and Rocquel Mitchell as Named Plaintiffs/Putative Class Representatives, Doc. #92, is OVERRULED, as is Defendants' request for attorney fees and costs.

Date: December 9, 2013

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE