IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELE WILKINSON, et al. :

       Plaintiffs, :     Case No. 3:11CV247
- vs -
     Judge Walter H. Rice
GREATER DAYTON REGIONAL
TRANSIT AUTHORITY :

       Defendant. :

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed and all dates stayed.[1]

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

---

[1] As parties are nearing settlement.