# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Michele Wilkinson, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> Greater Dayton Regional Transit Authority, <br><br> Defendant. | Case No. 3:11-cv-247 <br><br> JUDGE RICE <br><br> MAGISTRATE JUDGE OVINGTON |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Parties, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), submit this Stipulated Order of Dismissal with Prejudice. Pursuant to the Court's express retention of jurisdiction to enforce the terms of the parties' Settlement Agreement dated February___, 2018 (*see Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82, 114 S. Ct. 1673, 123 L. Ed. 2d 391 (1994)), the Court hereby orders, adjudges, and decrees that Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE and without attorneys' fees or costs against any party.

**IT IS SO ORDERED.**

*[signature]*

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

Agreed:

/s/ William W. Leathem
William W. Leathem
Colin J. Burns
*Counsel for Plaintiffs*
JACOBS BURNS ORLOVE & HERNANDEZ
150 North Michigan Avenue, Suite 1000
Chicago, IL 60601
(312) 372-1646
wleathem@jbosh.com
colinjburns@jbosh.com

David M. Cook
*Trial Attorneys for Plaintiffs*
COOK, PORTUNE & LOGOTHETIS, LLC
22 West Ninth Street
Cincinnati, OH 45202
(513) 721-0444
dcook@econjustice.com

/s/ Matthew L. Roberts
Daniel J. Guttman (0068034), *Trial Attorney*
Rodger L. Eckelberry (0071207), *Of Counsel*
Matthew L. Roberts (0079938), *Of Counsel*
BAKER & HOSTETLER, LLP
Capitol Square, Suite 2100
65 East State Street
Columbus, Ohio 43215-4260
(614) 228-1541
dguttman@bakerlaw.com
reckelberry@bakerlaw.com
mroberts@bakerlaw.com

*Attorneys for Defendant*